670

ANNA M. TIGHE, PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT.

JULIUS C. MOSER, PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT.

JOSEPHINE T. MOSER, PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT.

CARL F. MOSER, PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT.

Docket Nos. 10915–10918.   Promulgated June 15, 1928.

*John G. Remey, Esq.*, and *R. S. McGlasson, C. P. A.*, for the
petitioners.

*W. Frank Gibbs, Esq.*, for the respondent.

OPINION.

MURDOCK: This case is governed by our decision in the case of
*Charles Colip*, 5 B. T. A. 123.

*Judgment will be entered for the respondent.*